**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Building and Construction Laborers' Local No. 1097 on behalf of

Richard Brula, Ryan Martin, Rodney Milos, Chad Winger, Brand Richter, Nate Miller, Mark Martin,

Plaintiffs,

vs.

Mesabi Bituminious, Inc.

Defendant.

Civil Action, Case No 00-CV-1015

**ORDER TO AMEND COMPLAINT**

---

Based upon Stipulation of counsel it may be, and is hereby ordered that Complaint is Amended to ad the following as named Plaintiffs'.

Herbert Clapsaddle
Daniel Gregorich
Cory Winger
Todd Wuori
Robert Nayranen
Clint Novak

Date: 9/13/00

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED SEP 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK