UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Building and Construction
Laborers' Local #1097, et al.

Plaintiffs,

Civil 00-1015 PAM/RLE

v.

Mesabi Bituminous, Inc.

Defendant.

---

**NOTICE OF CANCELLATION OF MOTION HEARING**

The motion hearing which was scheduled for Friday, June 8, 2001 @ 2:00 P.M., before Chief Judge Magnuson, is CANCELLED. The motion shall be taken on the papers for a ruling by the court.

Dated: May 24, 2001

FRANCIS E. DOSAL,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED MAY 24 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK