**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Building and Construction Laborers' Local No. 1097 on behalf of Richard Brula, Ryan Martin, Rodney Milos, Chad Winger, Brand Richter, Nate Miller, Mark Martin, Herbert Clapsaddle, Daniel Gregorich, Cory Winger, Todd Wuori, Robert Nayranen, Clint Novak,

Civil Action
Case No. 00CV1015 MJD/RLE

Plaintiffs,

vs.

Mesabi Bituminous, Inc.

Defendant.

---

**STIPULATION FOR DISMISSAL**
**<u>WITH PREJUDICE</u> AND ORDER**

---

Pursuant to Fed.R.Civ.P. 41(a), the Plaintiffs and the Defendant in the above-captioned matter by and through their respective counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice, with each party to bear its own costs.

Dated this 21 day of Nov, 2001.

Don L. Bye #13924
Attorney for Plaintiff
314 W Superior Street
Duluth, MN 55802
(218) 733-0745

Dated this 25 day of Dec, 2001.

Robert H. Magie, III #66370
Attorney for Defendant
501 Lake Avenue South #400
Duluth, MN 55802
(218) 722-2500

and

COLOSIMO, PATCHIN, ARONSON, KEARNEY, LINDELL & BRUNFELT, LTD.

DEC 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**

Date: 12 12.01

Michael J. Davis
Judge of District Court